DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**A.M.,** the Mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **GUARDIAN AD LITEM PROGRAM,**
Appellees.

No. 4D2023-2782

[April 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jose Izquierdo, Judge; L.T. Case No. 2023-1384-CJ-DP.

Sean Conway, Deland, and Linda E. Singer, Hollywood, for appellant.

Sara Elizabeth Goldfarb and Sarah Todd Weitz, Statewide Directors of Appeals, Statewide Guardian ad Litem Office, Tallahassee, for appellee Guardian ad Litem.

Carolyn Schwarz, Children's Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***